UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** September 26, 2019     **Time:** 1 minute 2:18 p.m. to 2:19 p.m.     **Judge:** WILLIAM H. ORRICK

**Case No.**: 19-cr-00040-WHO-1     **Case Name:** UNITED STATES v. Hared, et al.

**Attorney for Plaintiff:** Robert Leach
**Attorney for Defendant:** Angela Chuang
Defendant **Matthew Gene Ditman** – present, on bond

**Deputy Clerk:** Jean Davis     **Court Reporter:** Katherine Sullivan
**Interpreter:**     **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for Status Conference and agree that the matter should be continued to provide for discovery review.

**CASE CONTINUED TO:** December 5, 2019 at 1:30 p.m. for further Status Conference

**EXCLUDABLE DELAY:**
Category    Effective preparation of counsel
Begins    September 26, 2019
Ends    December 5, 2019