STEVEN G. KALAR
Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Angela_chuang@fd.org

Counsel for Defendant DITMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 19-00040-WHO-2 |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR TRAVEL |
| MATTHEW DITMAN, | |
| Defendants. | |

On February 6, 2019, defendant Matthew Ditman was released from custody on a personal recognizance bond. As a condition of release, he was ordered not to travel outside of the Northern District of California and District of Nevada (where he resides).

Mr. Ditman would like to fly to Illinois to spend time with his parents. The Court previously granted an order allowing him to travel from April 24, 2020, to May 1, 2020. Dkt. No. 53. His flight itinerary was subsequently cancelled, requiring him to reschedule the trip. The Court then granted an order allowing him to travel from May 1, 2020, to May 8, 2020. Dkt. No. 55. His second flight itinerary was also cancelled, requiring him to reschedule again. He would now like to leave the District of Nevada on May 5, 2020, and return on May 12, 2020.

The parties therefore stipulate Mr. Ditman should be allowed to leave the District of Nevada to

STIP & [PROPOSED] ORDER FOR TRAVEL          1

travel to Illinois from May 5, 2020, to May 12, 2020. He will fly into and out of the Eastern District of Missouri, then drive between Missouri and Illinois. All other conditions of release shall remain the same.

SO STIPULATED.

Dated: April 29, 2020

_____/s/_____
ROBERT LEACH
Assistant U.S. Attorney

Dated: April 29, 2020

_____/s/_____
ANGELA CHUANG
Attorney for Matthew Ditman

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Matthew Ditman shall be allowed to leave the District of Nevada on May 5, 2020, for purposes of traveling to the District of Illinois to stay with his parents. He shall be allowed to travel through the Eastern District of Missouri to get to Illinois. He shall provide his itinerary to Pretrial Services. He must return to the District of Nevada by May 12, 2020. All other conditions of release shall remain the same.

If Mr. Ditman's flight is cancelled again, and he needs to reschedule it, he may do so with Pretrial Services' approval and does not need to seek further approval from the court.

IT IS SO ORDERED.

 April 29, 2020 
Date

_____
LAUREL BEELER
United States Magistrate Judge

STIP & [PROPOSED] ORDER FOR TRAVEL            2