GEOFFREY HANSEN
Acting Federal Public Defender
ANGELA CHUANG
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
Angela_chuang@fd.org

Counsel for Defendant DITMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DITMAN,<br><br>Defendants. | Case No. CR 19-00040-WHO-2<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR TRAVEL |

On February 6, 2019, defendant Matthew Ditman was released from custody on a personal recognizance bond. As a condition of release, he was ordered not to travel outside of the Northern District of California and District of Nevada (where he resides).

Mr. Ditman would like to fly to Illinois to spend time with his parents. The parties therefore stipulate Mr. Ditman should be allowed to leave the District of Nevada to travel to Illinois from August 4, 2021, to August 11, 2021. All other conditions of release shall remain the same.

STIP & [PROPOSED] ORDER FOR TRAVEL	1

SO STIPULATED.

Dated: June 14, 2021

/s/
ROBERT LEACH
Assistant U.S. Attorney

Dated: June 14, 2021

/s/
ANGELA CHUANG
Attorney for Matthew Ditman

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Matthew Ditman shall be allowed to leave the District of Nevada on August 4, 2021, for purposes of traveling to the District of Illinois to stay with his parents. He shall provide his itinerary to Pretrial Services. He must return to the District of Nevada by August 11, 2021. All other conditions of release shall remain the same.

IT IS SO ORDERED.

June 21, 2021
Date

LAUREL BEELER
United States Magistrate Judge