1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   ANGELA CHUANG
3  Assistant Federal Public Defender
   19th Floor Federal Building - Box 36106
4  450 Golden Gate Avenue
   San Francisco, CA 94102
5  Telephone:   (415) 436-7700
   Facsimile:   (415) 436-7706
6  Email:        Angela_Chuang@fd.org

7

8  Counsel for Defendant Ditman

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          **Case No.:** CR 19–40 WHO

15                  Plaintiff,          **DECLARATION OF ANGELA
                                       CHUANG IN SUPPORT OF**
16          v.                          **DEFENDANT'S SENTENCING
                                       MEMORANDUM**
17  MATTHEW GENE DITMAN,

18                  Defendant.          **Court:**        Courtroom 2, 17th Floor
                                       **Hearing Date:**  October 12, 2023
19                                      **Hearing Time:**  1:30 p.m.

20

21

22      I, Angela Chuang, declare the following:

23      1.  I am an Assistant Federal Public Defender representing Matthew Gene Ditman in the

24          above-captioned case.

25      2.  Attached as Exhibit A is a psych report written by Dr. Scott Lines in 2019 (to be filed

26          under seal).

27      3.  Attached as Exhibit B is a psych report addendum written by Dr. Scott Lines in 2023

28          (to be filed under seal).

4.   Attached as Exhibit C are letters of support from Mr. Ditman's parents (to be filed under seal).

5.   Attached as Exhibit D is a letter to the Court from Mr. Ditman (to be filed under seal).

6.   Attached as Exhibit E are additional letters of support for Mr. Ditman.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2023, in San Francisco, California.

_____
ANGELA CHUANG