# EXHIBITS A-D
# (Filed Under Seal)