GAIL SHIFMAN (CSBN 147334)
LAW OFFICE OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Tel: (415) 551-1500
Fax: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
AHMAD HERAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 19-00040 WHO |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND FILING DEADLINES** |
| vs. | ) ) | |
| AHMAD HARED, MATTHEW DITMAN, | ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) | Case No. CR 19-00676 WHO |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| ANTHONY FAULK, | ) ) | |
| Defendant. | ) ) | |

1

It is hereby stipulated by and between counsel for the United States, counsel for defendants Ahmand Hared, Matthew Ditman and Anthony Faulk, and counsel for victim J.D. and victim N.A. Pro Se, as follows,

1. The hearing regarding victims' motions to re-open sentencing shall be continued until April 18, 2024 at 2:00 p.m. via Zoom Videoconference; and

2. The filing deadlines shall be extended,

   - By **February 8, 2024**, the government will file a memorandum concerning the forfeiture and restitution remedy issues raised by victim movants pleadings and counsel for Mr. Hared will file any opposition to the motions filed by victims.

   - By **March 14, 2024**, the parties may file responsive or supplemental briefs on both issues.

3. This stipulated extension of deadline dates will not be a part of arguments presented on the issues presented.

**IT IS SO STIPULATED.**

Dated: January 26, 2024                    /s/ Robert Leach
                                           _____
                                           Robert S. Leach
                                           Assistant U.S. Attorney


Dated: January 26, 2024                    /s/ Gail Shifman
                                           _____
                                           Gail Shifman
                                           Attorney for Defendant
                                           AHMAD HARED


Dated: January 26, 2024                    /s/ Angela Chuang
                                           _____
                                           Angela Chuang
                                           Attorney for Defendant
                                           MATTHEW DITMAN

Dated: January 26, 2024                                     */s/ Jennifer Wirsching*
                                                            _____
                                                            Jennifer Wirsching
                                                            Attorney for Defendant
                                                            ANTHONY FAULK

Dated: January 26, 2024                                     */s/ Elisha J. Kobre*
                                                            _____
                                                            Elisha J. Kobre
                                                            Stephen K. Moulton
                                                            Attorneys for Victim J.D.

Dated: January 26, 2024                                     */s/ N.A.*
                                                            _____
                                                            N.A., Pro Se, Victim

**IT IS SO ORDERED.**

DATED: January ____, 2024                                   _____
                                                            HON. WILLIAM H. ORRICK
                                                            United States District Judge

3