ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    Fax: (415) 436-7234
    Email: robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> AHMAD HARED & MATTEW DITMAN, </br></br> Defendants. | Case No. CR 19-040 WHO |
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ANTHONY FRANCIS FAULK, </br></br> Defendant. | Case No. CR 19-676 WHO </br></br> UNITED STATES' SUPPLEMENTAL BRIEF |

The government respectfully submits this Supplemental Brief, pursuant to the Court's order.

U.S.' SUPPLEMENTAL BRIEF,
CR 19-040 & 19-676 WHO                  1

1  Victims J.D. and N.A. seek to reopen the sentencing and amend the restitution orders
2  against Defendants Ahmad Hared, Matthew Ditman, and Anthony Faulk under 18 U.S.C.
3  § 3664(d)(5) and/or 18 U.S.C. § 3771.  Because of the possible interplay between restitution and
4  forfeiture, the government draws the Court's attention to Chapter 14 of the Justice Department's
5  Asset Forfeiture Policy Manual.  *See* https://www.justice.gov/criminal-
6  afmls/file/839521/download (pages 160-167 of PDF, 14-1 to 14-11).  The authority of the
7  Attorney General to grant petitions for remission or restoration of forfeited property is delegated
8  to the chief of the Money Laundering and Asset Recovery Section (not the U.S. Attorney's
9  Office).  *See* U.S. DEP'T OF JUSTICE, JUSTICE MANUAL § 9-121.000 – Remission, Mitigation, and
10 Restoration of Forfeited Properties, *available at* https://www.justice.gov/jm/jm-9-121000-
11 remission-mitigation-and-restoration-forfeited-properties.  Regulations governing remission of
12 criminal forfeitures are at 28 C.F.R. Part 9.  In particular, the government notes that, under the
13 regulations: "The amount of the pecuniary loss suffered by a victim for which remission may be
14 granted is limited to the fair market value of the property of which the victim was deprived *as of*
15 *the date of the occurrence of the loss*.  No allowance shall be made for interest forgone or for
16 collateral expenses incurred to recover lost property or to seek other recompense."  28 C.F.R.
17 § 9.8(c) (emphasis added).  Thus, the amount of restitution sought by the victims against the
18 defendants directly may exceed the amount of remission permitted under the regulations (if
19 remission is appropriate and authorized).

20 DATED:  February 13, 2024                          Respectfully submitted,

21                                                                              ISMAIL J. RAMSEY
22                                                                              United States Attorney

23
                                                                                   /s/
24                                                                              ROBERT S. LEACH
                                                                                Assistant United States Attorney
25

U.S.' SUPPLEMENTAL BRIEF,
CR 19-040 & 19-676 WHO                              2