# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

**Request for Modifying the Conditions or Term of Supervision**

| | |
|---|---|
| **Name of Offender**<br>Matthew Gene Ditman | **Docket Number**<br>0971 3:19-CR-00040-002 WHO |

**Name of Sentencing Judge:** The Honorable William H. Orrick III
Senior United States District Judge

**Date of Original Sentence:** October 12, 2023

**Original Offense**
Count One: Conspiracy to Commit Computer Fraud and Abuse, 18 U.S.C. § 1030(b), a Class D Felony; and Count Five: Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1), a Class E Felony.

**Original Sentence:** Three (3) years Probation.

**Special Conditions:** $200 special assessment; $3,405,600.59 restitution (paid joint and several made in monthly payments of not less than $200 or at least 10% of earnings, whichever is greater); not open any new lines of credit and/or incur new debt without prior permission; provide access to any financial information; undergo an assessment for mental health treatment services, if services are deemed appropriate, then pay for part or all the cost of treatment, as directed; not have contact with any codefendant or defendant in any related case, namely Ahamd Wagaafe Hared; cooperate in the collection of DNA; expanded search, to include electronic devices and their data; and consent to periodic unannounced examination of computer equipment, which may include retrieval and copying of all data from the computer(s) and any peripheral device; not possess or use any data encryption technique or program.

**Prior Form(s) 12:** None.

On February 5, 2024, Your Honor allowed Mr. Ditman to travel to St. Louis, MO, within the Eastern District of Missouri (EDMO) from March 25, 2024, through March 26, 2024.

| | |
|---|---|
| **Type of Supervision**<br>Probation | **Date Supervision Commenced**<br>August 31, 2023 |
| **Assistant U.S. Attorney**<br>Robert S. Leach | **Defense Counsel**<br>Angela Chuang (AFPD) |

RE:   Ditman, Matthew Gene                                                                                              2
      0971 3:19-CR-00040-002 WHO

## Petitioning the Court

To modify the conditions of probation to add Special Condition Number Nine as follows:

You must not engage in any form of gambling and must not frequent any establishment where gambling is conducted as directed by the probation officer.

## Cause

During Mr. Ditman's initial financial investigation, as well as computer monitoring data, the assigned supervising probation officer from the Central District of Illinois (CDIL) observed the client move U.S. Currency into Draft Kings, an online sports betting company, and wagering U.S. Currency. On November 29, 2023, Mr. Ditman admitted to his U.S. Probation Officer (USPO) that he wagered on sports using the Draft Kings online platform.

On February 6, 2024, Mr. Ditman reported to his USPO and discussed the modification of his condition of probation to prohibit gambling to maximize the amount of restitution to his victims for the financial losses that were incurred. Mr. Ditman was amenable to modifying his conditions of probation and the PROB-49 Waiver of Hearing will be attached for the Court's review. To date, Mr. Ditman has an outstanding restitution balance of $3,404,866.59. This modification will provide structure and accountability for Ms. Ditman's expenses to ensure payment to the victims.

Respectfully submitted,                                             Reviewed by:

_____                                           _____
Leon Dang                                                           Sonia Lapizco
U.S. Probation Officer                                              Supervisory U.S. Probation Officer
Date Signed: March 1, 2024

RE:   Ditman, Matthew Gene                                                                                     3
      0971  3:19-CR-00040-002 WHO

THE COURT ORDERS:

☒ XX   To modify the conditions of probation to add Special Condition Number Nine as follows:

       You must not engage in any form of gambling and must not frequent any establishment where gambling is conducted as directed by the probation officer.

☐   Submit a request for a warrant
☐   Submit a request for summons
☐   Other:

March 4, 2024
Date

*[signature]*
The Honorable William H. Orrick III
Senior United States District Judge